1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHARLES PARKER (CABN 283078)
   Special Assistant United States Attorney
5    450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-7149
     Fax: (415) 436-7009
7    E-Mail: Charles.Parker@usdoj.gov

8  Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR-12-852 WHA
14                                    )
          Plaintiff,                  )    STIPULATION TO EXCLUDE TIME
15                                    )    UNDER THE SPEEDY TRIAL ACT
       v.                             )
16                                    )
   WEI FAN MAY LEE,                   )
17                                    )
          Defendant.                  )
18  _____ )

19       The initial appearance and arraignment in this matter took place on January 8, 2013.

20  Discovery will be provided to defendant Wei Fan May Lee before the end of the week.  The

21  defendant will be reviewing the discovery until the date of the status hearing currently scheduled

22  before the Honorable William Alsup on January 29, 2013.

23  //

24  //

25  //

26  //

27  //

28  //

1  For these reasons, IT IS STIPULATED AND AGREED that time under the Speedy Trial
2  Act be excluded from January 8, 2013, through January 29, 2013, because the ends of justice
3  outweigh the best interest of the public and the defendant in a speedy trial, for effective
4  preparation of defense counsel, and taking into account the exercise of due diligence.  18 U.S.C.
5  § 3161(h)(7)(A) and (B)(iv).

7  DATED: January 8, 2013                    Respectfully submitted,

                                              MELINDA HAAG
9                                             United States Attorney

                                               /s/ Charles Parker
11                                            CHARLES PARKER
                                              Special Assistant United States Attorney
12                                            Tax Division

                                               /s/ Jay R. Weill
14                                            JAY R. WEILL
                                              Attorney for Defendant Wei Fan May Lee

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT
No. CR-12-852 WHA                2

Case 3:12-cr-00852-WHA   Document 6   Filed 01/15/13   Page 3 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-852 WHA |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| WEI FAN MAY LEE, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing therefore, IT IS ORDERED that time under the Speedy Trial Act be excluded from January 8, 2013, through January 29, 2013, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 14, 2013

_____
Judge William Alsup
UNITED STATES DISTRICT JUDGE

3