MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHARLES PARKER (CABN 283078)
Special Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7149
   Fax: (415) 436-7009
   E-Mail: Charles.Parker@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-0852 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| WEI FAN MAY LEE, | |
| Defendant. | |

A status conference was held in this matter on April 16, 2013.  Prior to the conference, counsel for the parties discussed possible resolution of the matter.  The parties anticipate the discussions and review of evidence provided to the defendant may result in a change of plea. Before the defendant can make an informed decision about changing her plea or going to trial, defense counsel needs adequate time to advise his client and review the discovery.

//

//

//

//

//

1  For these reasons, IT IS STIPULATED AND AGREED that time under the Speedy Trial
2  Act be excluded from April 16, 2013, until May 7, 2013, for effective preparation of counsel and
3  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

MELINDA HAAG
United States Attorney

 /s/ Charles Parker
CHARLES PARKER
Special Assistant United States Attorney
Tax Division

 /s/ Jay R. Weill
JAY R. WEILL
Attorney for Defendant Wei Fan May Lee

STIPULATION TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT
No. 12-0852 WHA                         2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-0852 WHA |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| WEI FAN MAY LEE, | ) | |
| Defendant. | ) | |

Good cause appearing therefor, IT IS ORDERED that time under the Speedy Trial Act be excluded from April 16, 2013, until May 7, 2013, for effective preparation of counsel and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April  18, 2013

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

3